# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**   13-cv-01779-CMA-MJW | FTR - Courtroom A-502 |
| **Date:**   September 03, 2013 | Courtroom Deputy, Ellen E. Miller |
| _Parties_ | _Counsel_ |
| MARY YOUNG, | David M. Larson |
| Plaintiff(s), | |
| v. | |
| STELLAR RECOVERY, INC., a Florida corporation, | Joseph J. Lico |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:**   10:19 a.m.
Court calls case.  Appearances of counsel.

**It is ORDERED:**   Parties' STIPULATED MOTION FOR ENTRY OF PROTECTIVE ORDER [Docket No. **10**, filed August 28, 2013] is **GRANTED** for reasons as set forth on the record.
The written PROTECTIVE ORDER (Docket No. 10-1) is approved and made an Order of Court.

Parties make a joint oral motion regarding recordings.

**It is ORDERED:**   The parties' JOINT ORAL MOTION as to any recordings of any conversations regarding the merits of this case is **GRANTED** for reasons as set forth on the record.  Any recordings of any conversations regarding the merits of this case shall be exchanged
no later than   **5:00 p.m.  on  SEPTEMBER 06, 2013.**

**The following will confirm the actions taken and dates set at the scheduling conference held this date:**

Joinder of Parties/Amendment to Pleadings:   **OCTOBER 25, 2013**

Discovery Cut-off:   **DECEMBER 31, 2013**

Dispositive Motions Deadline:   **JANUARY 31, 2014**

Parties do not anticipate using any expert witnesses to testify in this civil action.  Therefore, no deadlines for expert designations are set.

Interrogatories,  Requests for Production, and Requests for Admissions shall be served on or before   **NOVEMBER 27, 2013.**
Each side shall be limited to twenty-five (25) *FIFTEEN (15)*  Interrogatories, twenty-five (25) FIFTEEN (15)Requests for Production,   and   twenty-five (25) *FIFTEEN (15)*  Requests for Admissions, without leave of Court.

Each side shall be limited to five (5) depositions.  Each deposition shall be limited  to  one (1) day of a maximum of four (4) hours, absent leave of Court.  All depositions, fact and expert witnesses, shall be completed no later than  **DECEMBER 31, 2013**.
Parties shall use deposition exhibits numbered in consecutive order, not separated as Plaintiff Exhibits  or Defendant Exhibits.  Parties shall not use any duplicative exhibits.

**FINAL PRETRIAL CONFERENCE** set for   **APRIL 07, 2014   at   10:00 a.m.**
in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.
The proposed final pretrial order shall be filed  on or before   **MARCH 31, 2014.**
In accordance with Fed.R.Civ.P. 16(e), the conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

**TRIAL:**
The parties anticipate a two (2) day trial to a jury.
The Honorable Christine M. Arguello  will set a Trial Preparation Conference and Trial at a future date.
● **Parties are directed to** www.cod.uscourts.gov **regarding Judicial Officers' Procedures and shall fully comply with the procedures and Practice Standards of the judicial officer assigned to try this case on the merits.**

Anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid current photo identification.  See D.C.COLO.LCivR 83.2B.  Failure to comply with this requirement may result in denial of entry to the courthouse.

Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made five (5) business days in advance of the date of appearance.

**[X]**   Scheduling Order is signed and entered  with interlineations    **SEPTEMBER 03, 2013**

Hearing concluded.

Court in recess:       10:29 a.m.                         Total in-court time: 00:10

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.