IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01779-CMA-MJW

MARY YOUNG,

Plaintiff,

v.

STELLAR RECOVERY, INC., a Florida corporation,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Stipulated Motion to Extend the Discovery Cutoff Date and the Dispositive Motion Deadline (Docket No. 16) is GRANTED. The Scheduling Order (Docket No. 14) is amended to: (1) extend the discovery cutoff date to January 17, 2014 for the limited purpose of the depositions of defendant's witnesses, including defendant's Fed. R. Civ. P. 30(b)(6) designee(s); and (2) extend the dispositive motions deadline to February 17, 2014.

Date: December 6, 2013